U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP - 6 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES EDWARDS, JR., Petitioner | CIVIL ACTION NO. 1:16-CV-729; SECTION "P" |
| VERSUS | JUDGE WALTER |
| STATE OF LOUISIANA, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the petition for writ of habeas corpus be DENIED AND DISMISSED WITH PREJUDICE because Petitioner's claims are barred by the one-year limitations period codified at 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED at Shreveport, Louisiana, this 3 day of Sept, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE